UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

MICHELLE TENNANT,

        Plaintiff,

v.

MOBILPRO INSTALLATION SERVICES LLC,
HALSTED COMMUNICATIONS, LTD., KEITH
THOMAS, NATALIE RICHETTI, DONNA
RICHETTI and KATHLEEN LANT, as Aiders and
Abettors,

        Defendants.

10 CV 01266 (TJM)(DEP)

STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED, by and between the undersigned counsel for the parties named herein, that no party hereto is an infant or incompetent, that the instant matter is hereby dismissed with prejudice and without award of costs or attorneys' fees to any party.

LAW OFFICE OF RONALD R. BENJAMIN
Attorneys for Plaintiff

By: _____
    Ronald R. Benjamin
    Fed Bar Roll No.: 101131
    126 Riverside Drive
    P.O. Box 607
    Binghamton, New York 13902 0607
    (607) 772-1442

Dated: 11-19-10

JACKSON LEWIS LLP
Attorneys for Defendants

By: _____
    Clifford R. Atlas (CA-9142)
    666 Third Avenue
    New York, New York 10017
    (212) 545-4020

Dated: 11/19/10

IT IS SO ORDERED:

_____
David E. Peebles
U.S. Magistrate Judge

Dated: November 30, 2010